# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3417

_____

Joseph Carthron,                          *
                                          *
        Appellant,                     *
                                          *
                                          *    Appeal from the United States
    v.                                    *    District Court for the
                                          *    Western District of Arkansas.
                                          *
Helen Marie Morrison; Anne Kathleen       *
Geddings; Becky Carol Reeves; Anita       *    [UNPUBLISHED]
Efird; Damien Darus Roberts,              *
                                          *
        Appellees.                     *

_____

Submitted: April 28, 2010
Filed: April 28, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Former Arkansas inmate Joseph Carthron appeals the district court's[1] dismissal of his complaint against employees of the Arkansas Department of Community Correction. Upon de novo review, we conclude that dismissal was proper for the reasons the district court stated. See Pearson v. Callahan, 129 S. Ct. 808, 815-16 (2009) (qualified immunity); Bediako v. Stein Mart, Inc., 354 F.3d 835, 839 (8th Cir.

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

2004) (elements of 42 U.S.C. § 1981 claim); <u>Jensen v. Henderson</u>, 315 F.3d 854, 863 (8th Cir. 2002) (for valid 42 U.S.C. § 1986 claim, plaintiff must have valid 42 U.S.C. § 1985 claim); <u>Larson v. Miller</u>, 76 F.3d 1446, 1454 (8th Cir. 1996) (elements of § 1985(3) claim); <u>FMC Corp. v. Helton</u>, 202 S.W.3d 490, 502 (Ark. 2005) (no Arkansas tort of negligent infliction of emotional distress); <u>Crockett v. Essex</u>, 19 S.W.3d 585, 589 (Ark. 2000) (elements of Arkansas tort of intentional infliction of emotional distress, also known as outrage).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____